USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/2/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CEDRIC BISHOP, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

-against-

MOBILE MARINE TECHNICIANS, INC.,

                      Defendants.
------------------------------------------------------------x

19-cv-1311 (ALC)

**30-DAY ORDER**

ANDREW L. CARTER, JR., United States District Judge:

It having been reported to this Court that this case has or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:    October 2, 2019
            New York, New York

                                                HON. ANDREW L. CARTER, JR.
                                                United States District Judge