**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/31/19

October 29, 2019

**VIA ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: **Cedric Bishop and On Behalf of All Other Persons Similarly Situated v. Mobile Marine Technicians, Inc.**
**Case No.: 1:19-cv-01311**

Dear Judge Carter,

This firm represents Plaintiff Cedric Bishop and On Behalf of All Other Persons Similarly Situated ("Plaintiffs"), in the above-referenced action. The Parties submitted a Notice of Settlement (Dkt. 26) on September 26, 2019. In light of Your Honor's Order (Dkt. 28) on October 2, 2019, we write to respectfully request that Your Honor grant an extension of thirty days in order for the Settlement Agreement to be consummated. The Parties are in the process of consummating the agreement and are confident that they will consummate the agreement within the next thirty days.

We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

SO ORDERED.
_/s/ Andrew L. Carter_
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
October 31, 2019

Respectfully submitted,
GOTTLIEB & ASSOCIATES

_s/ Jeffrey M. Gottlieb_
Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)